IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **CARA LYNN MEYER,** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-01-73** |
| | § | |
| **AMERICAN BANKERS LIFE** | § | |
| **ASSURANCE COMPANY** | § | |
| **OF FLORIDA** | § | |
| **Defendants** | § | |

## CERTIFICATE OF INTERESTED ENTITIES

In accordance with the Order For Conference and Disclosure of Interested Parties, the undersigned files this certificate listing the following as the entities that are financially interested in this outcome of this litigation.

1. Cara Lynn Meyer, plaintiff;

2. American Bankers Life Assurance Company of Florida, defendant.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

By: _____
Ricardo Morado
State Bar No. 14417250
Federal I.D. No.: 1213

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Certificate of Interested Entities has been forwarded to all counsel of record by certified mail, return receipt requested, to-wit:

Edward E. Robinson
THE FLEURIET SCHELL LAW FIRM, L.L.P.
621 E. Tyler
Harlingen, Texas 78550

on this 25th day of May, 2001.

Ricardo Morado