6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARA LYNN MEYER, *Plaintiff* | § § § § | |
| v. | § § | CIVIL ACTION NO. B-01-73 |
| AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA *Defendant* | § § § § § | UNOPPOSED |

## ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND

Having reviewed Plaintiff Cara Lynn Meyer's unopposed Motion for Remand, the accompanying evidence in support, and any responses on file, the Court finds that Plaintiff's motion is well taken and should be granted; it is therefore

ORDERED that Plaintiff's Motion for Remand is GRANTED.

Plaintiff Cara Lynn Meyer shall transmit a certified copy of this Order to the 107th Judicial District Court of Cameron County, Texas, where the action shall proceed.

DONE this _14_ day of _JUNE_____, 2001.

_____
JUDGE PRESIDING

ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND